UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

UNITED STATES OF AMERICA

V                                                    CASE NO. 3:02CV1023(JCH)

$25,015.00 IN UNITED STATES CURRENCY

V

[CLAIMANT: ERIC A. EDMAN]

## JUDGMENT OF DISMISSAL

Due to the filing of criminal proceeding in State Court, further action in this case has been stayed.

Therefore, in consideration of this action's current status, this case is hereby dismissed without prejudice to its pursuit in the State Court in Connecticut and without prejudice to re-opening of this case upon motion.

Dated at Bridgeport, Connecticut this 28th day of April, 2005.

KEVIN F. ROWE, CLERK

/s/Catherine Boroskey
Catherine Boroskey
Deputy Clerk

Entered on Docket _____

UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

ORDER

On (date) , this court granted summary judgment for the plaintiff on all outstanding claims in this case.  A single cross-claim by defendant (name) against defendant (name) for breach of fiduciary duty remained unresolved at that time.  Due to the filing of Chapter 11 bankruptcy proceedings by the defendant , further action on this cross-claim has been stayed.

Therefore, in consideration of this action's current status, and upon the motion of the plaintiff to make this court's earlier judgment final, the cross-claim by defendant (name) against defendant (name) is hereby DISMISSED without prejudice to its pursuit in the United States Bankruptcy Court for the District of (CONNECTICUT or other court) and without prejudice to re-opening of this case upon motion.

In the absence of any outstanding claims, this case is hereby DISMISSED.

Dated at New Haven, CONNECTICUT this day of , 1994.

_____
JoséA. Cabranes
Chief Judge